UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

ABDUL K. TAWWAAB (aka-Carl Henderson)
_____
PLAINTIFF

VS.

U.S.A
_____
DEFENDANT(S)

CASE NO. 78-CR-580

## MOTION
### TO EXPUNGE

BECAUSE OF MY OUTSTANDING CITIZEN-
SHIP. AND I NEED GUN LICENSE AS I
AM IN MUSIC BUSINESS AND LONE BUSINESS-
MAN AND NEED PROTECTION IN THIS VIOLENT
INDUSTRY
_____
_____
_____
_____
_____
_____
_____

**RECEIVED**

MAY 29 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Signature
ABDUL K. TAWWAAB

Address/Facility Address

City          State    Zip Code

Rev: 8/8/2024
*Use additional pages as needed